IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: $21,733.00 IN UNITED STATES CURRENCY ) Misc. No. MC110-019

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

COMES NOW the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 983(a)(3)(A) respectfully requests that this Court grant the government an extension of time in which to file its Verified Complaint for Forfeiture *In Rem* showing the Court as follows:

1. On or about July 7, 2010, a Richmond County Sheriff's Office deputy conducted an investigative stop on a blue GMC C10 pickup truck bearing a paper license plate (hereinafter, the "Vehicle") near the intersection of Mike Padgett Highway and Apple Valley Drive in Augusta, Richmond County, Georgia. The driver and only occupant of the Vehicle was identified as Marcus L. Scurry.

2. During the traffic stop, the deputy discovered and seized $21,733.00 in United States Currency from Mr. Scurry for forfeiture pursuant to 21 U.S.C. § 881.

3. On or about September 20, 2010, Mr. Scurry filed a Verified Notice of Claim to Seized Property, through his counsel J. Pete Theodocion, with Forfeiture Counsel in the Asset Forfeiture Section of Drug Enforcement Administration, Headquarters.

4. Pursuant to 18 U.S.C. § 853(a)(3)(A), the government's complaint is currently due on or before December 19, 2010.

5. 18 U.S.C. § 853(a)(3)(A) specifies in pertinent part that "a court in the district in

which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

6. The undersigned and Mr. Theodocion are currently engaging in settlement discussions. Mr. Theodocion has said that he is agreeable to an extension of time for the government to file its complaint.

WHEREFORE, the United States requests an extension of forty-five days in which to file its complaint for forfeiture so that the parties may continue to explore settlement options. A proposed order is attached.

This 17th day of December, 2010.

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ David M. Stewart*
David M. Stewart
Assistant United States Attorney
Georgia Bar No. 142029

Post Office Box 2017
Augusta, Georgia 30903
(706) 724-0517

## CERTIFICATE OF SERVICE

I certify that I have served on this date the within and foregoing Unopposed Motion For Extension of Time In Which To File Verified Complaint for Forfeiture *In Rem* via U.S. mail on the following:

> J. Pete Theodocion, Esq.
> 507 Walker Street
> Augusta, Georgia 30901

This 17th day of December, 2010.

EDWARD J. TARVER
UNITED STATES ATTORNEY

David M. Stewart
Assistant United States Attorney
Georgia Bar No. 142029

P.O. Box 2017
Augusta, Georgia 30903
(706) 724-0517

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: $21,733.00 IN UNITED STATES CURRENCY | ) ) ) | Misc. No. |

**ORDER**

Before this Court is the United States' Unopposed Motion For Extension of Time in Which to File Verified Complaint For Forfeiture *In Rem* pursuant to 18 U.S.C. § 983(a)(3)(A). After consideration of all facts, circumstances and law,

IT IS HEREBY ORDERED that the United States' Motion For Extension of Time is GRANTED and that the government's Verified Complaint for Forfeiture *In Rem* is now due forty-five days from the entry of this Order.

So ordered this _____ day of December, 2010.

J. RANDAL HALL
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

Prepared by: David M. Stewart
Assistant United States Attorney
Georgia Bar No. 142029
Post Office Box 2017
Augusta, Georgia 30903
(706) 724-0517

U.S. v. $21,733.00 in United States Currency